IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

WILLIAM H. SCOTT                                                                                      PLAINTIFF

VS.                                              Civil No. 10-CV-4021

SHERIFF JERRY CRAIN,
Hempstead County, JONNY
GODBOLT, Jail Administrator;
HEMPSTEAD COUNTY
DETENTION CENTER; and
NURSE LAURA                                                                                          DEFENDANTS

### ORDER

Now on this 18th day of May, 2010, comes on for consideration the proposed findings and recommendations filed herein on April 8, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Fourteen days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the Court finds that Plaintiff has failed to return the completed IFP application or pay the filing fee. Plaintiff has not sought an extension of time to respond to the Court's order. Therefore, this action should be and is hereby dismissed based on Plaintiff's failure to comply with the orders of the Court and his failure to prosecute this case. *See* Fed. R. Civ. P. 41(b)

IT IS SO ORDERED.

.           /s/ Harry F. Barnes
.           **HARRY F. BARNES**
.           **U.S. DISTRICT JUDGE**